IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.                                            CRIMINAL NO. 1:22-CR-51-2
                                                        (KLEEH)

**PAUL DECOLOGERO,**

    **Defendant.**

### ORDER APPOINTING ATTORNEY AS SECOND CHAIR COUNSEL

Upon review of the Indictment, it appears that Paul Decologero is charged with a "capital crime" pursuant to 18 U.S.C. § 1111(a) & (b); that Paul DeCologero qualifies for appointment of counsel; and, after consultation with the Federal Defender for this District, counsel, Willis Coffey, of 45 East Main Street, Mount Vernon, Kentucky, 40456, Telephone (606) 256-4405, is hereby **APPOINTED** to represent the defendant for this action as second chair counsel pursuant to 18 U.S.C. § 3005.

The Clerk is directed to forward copies of this Order to the Defendant, the Federal Defender Office, and the United States Attorney's Office.

DATED: September 19, 2022

                                                    /s/ Tom S. Kleeh
                                                    THOMAS S. KLEEH, CHIEF JUDGE
                                                    NORTHERN DISTRICT OF WEST VIRGINIA