```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      Plaintiff,

   v.                                     CRIMINAL NO. 1:22-CR-51-2
                                                    (KLEEH)

**PAUL J. DECOLOGERO,**

      Defendant.

## ORDER

Defendant's initial appearance, arraignment, and detention hearing are **SCHEDULED** for **October 26, 2022**, at **1:00 p.m.**, at the **Clarksburg, West Virginia**, point of holding court. This proceeding will be in person.

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: September 23, 2022

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA