IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 26 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          CRIMINAL NO. 1:22-CR-51-2
                                    (KLEEH)

PAUL DECOLOGERO,

    Defendant.

### DEFENDANT'S WAIVER OF DETENTION HEARING

I, Defendant Paul DeCologero, have consulted with my attorney and have been advised by the Court of my right to a detention hearing. Fully understanding, I hereby waive my right to a detention hearing in this matter. I understand that by waiving my right to a detention hearing, I will remain detained pending further proceedings.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

10/26/22
_____
DATE