IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                        **CRIMINAL NO. 1:22-CR-51-2**
                                                           **(KLEEH)**

**PAUL DECOLOGERO,**

    **Defendant.**

## DETENTION ORDER

On October 26, 2022, came the United States of America by Brandon Flower, Assistant United States Attorney, and came Defendant, Paul DeCologero, in person and by Natalie Sal, Patrick F. Nash, and Willis Coffey, his counsel, for an Initial Appearance, Arraignment, and Detention Hearing on an Indictment filed in this case on August 17, 2022 [ECF No. 1].

Defendant stands charged in the Indictment with (Count 1) Conspiracy to Commit First Degree Murder; (Count 2) Aiding and Abetting First Degree Murder; and (Count 4) Assault Resulting in Serious Bodily Injury. Defendant's attorney represented to the court that Defendant agreed to waive his right to a detention hearing.[1] The Court proceeded to inform Defendant that he is entitled to a detention hearing and his rights regarding the same.

---

[1] Defendant is currently set to be released from the Bureau of Prisons in September 2026. His counsel reserved the right to be heard on the issue of detention when Defendant becomes eligible for release.

## DETENTION ORDER

Defendant then executed a written waiver of the right to a detention hearing on this date. After inquiry, the Court finds that Defendant, upon consultation with his attorney, knowingly and intelligently waives his right to a detention hearing in this matter. The Court **ORDERED** the signed and executed Waiver of Detention Hearing to be filed herein.

Based upon the knowing and intelligent waiver of Defendant of a detention hearing in the in this matter, it is hereby **ORDERED** that:

1. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel;

2. Defendant shall be confined in a facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. Any Party seeking revocation or amendment of this Order shall file a motion pursuant to 18 U.S.C. § 3145.

It is so **ORDERED**.

**DETENTION ORDER**

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: October 27, 2022

*Tom S Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA