IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CRIMINAL CASE NO: 1:22-CR-51

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.

PAUL J. DECOLOGERO                                                          DEFENDANT

ORDER

This matter is before the Court on the Motion to Seal by defendant Paul DeColgero. The Court has considered the record, and being otherwise sufficiently advised, it is therefore **ORDERED AND ADJUDGED**:

1. The motion is **GRANTED**;

2. The Clerk is directed to file the Motion to Seal and the Notice filed simultaneously **UNDER SEAL**.

ENTERED: November 22, 2022

_____
CHIEF UNITED STATES DISTRICT COURT JUDGE