```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

    **v.**                                CRIMINAL NO. 1:22-CR-51-2
                                                      (KLEEH)

**PAUL DECOLOGERO,**

     **Defendant.**

## DUE PROCESS PROTECTIONS ACT ORDER
## TO ALL COUNSEL REGARDING *BRADY* OBLIGATIONS

Pursuant to the Due Process Protections Act of 2020, the Court reminds the Government's attorneys that under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, failing to disclose favorable evidence to the accused violates due process where the evidence is material either to guilt or punishment.  Further, consequences for a Brady violation can include, but are not necessarily limited to, a vacated conviction and disciplinary actions against the prosecutor.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** January 27, 2023

                                                    /s/ Tom S. Kleeh
                                                    THOMAS S. KLEEH, CHIEF JUDGE
                                                    NORTHERN DISTRICT OF WEST VIRGINIA