IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

       Plaintiff,

  v.                                          CRIMINAL NO. 1:22-CR-51
                                                  (KLEEH)

**FOTIOS GEAS,**
**PAIL DECOLOGERO, and**
**SEAN MCKINNON,**

       Defendants.

### ORDER ADOPTING JOINT PROPOSED SCHEDULE [ECF NO. 132]

On August 8, 2023, the parties jointly prepared and submitted a revised pretrial schedule for this matter [ECF No. 132]. Finding good cause to do so, the Court **ADOPTS** the schedule proposed by the parties and **AMENDS** its previously imposed deadlines as described therein.

The Clerk shall transmit copies of this Order to counsel of record.

DATED: August 15, 2023

                                                             /s/ Thomas S. Kleeh
                                                            THOMAS S. KLEEH, CHIEF JUDGE
                                                            NORTHERN DISTRICT OF WEST VIRGINIA