IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                                      Criminal No. 1:22-CR-51

**1.  FOTIOS GEAS,**
**2.  PAUL J. DECOLOGERO, and**
**3.  SEAN MCKINNON,**

      Defendant.

### (PROPOSED) ORDER VACATING MOTION FILING DEADLINES

Upon agreement of the parties, the Court GRANTS the Motion to Vacate Motion Filing Deadlines [ECF No. __] and Orders as follows:

1. All filing deadlines established by the Court's Order Extending Certain Deadlines [ECF No. 137] are vacated.

2. The parties shall notify the Court by May 13, 2024 if dispositions of all charges as to all defendants have been reached.  Absent such notification, the parties shall notify the Court by May 13, 2024 of revised proposed filing deadlines.

It is so ORDERED.

The Clerk is directed to transmit copies of this Order to counsel of record.

      DATED:

                                               _____
                                               THOMAS S. KLEEH, CHIEF JUDGE
                                               NORTHEN DISTRICT OF WEST VIRGINIA

Reviewed and Agreed:

/s/ Brandon Flower
Counsel for the United States

/s/ Nathan Chambers
Counsel for Fotios Geas

/s/ Patrick Nash
Counsel for Paul J. DeCologero

/s/ Brendan Leary
Counsel for Sean McKinnon