IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                                        Criminal Action No. 1:22-CR-51-2
                                                              (Chief Judge Kleeh)

PAUL J. DECOLOGERO, aka "Pauly,"

    Defendant.

### UNOPPOSED MOTION FOR COMBINED
### CHANGE-OF-PLEA AND SENTENCING HEARING

Now comes the United States of America by William Ihlenfeld, United States Attorney for the Northern District of West Virginia, and by Brandon S. Flower, Assistant United States Attorney, who moves the Court to schedule a combined change-of-plea and sentencing hearing. The United States proffers the following in support of this motion:

1. On December 6, 2022, a grand jury returned a five-count Superseding Indictment charging the defendant in Count One with Conspiracy to Commit First Degree Murder, in violation of 18 U.S.C. § 1117; in Count Two with First Degree Murder, in violation of 18 U.S.C. §§ 7(3) and 1111(a) & (b); and in Count Four with Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 7(3) and 113(a)(6).

2. The defendant and counsel have executed a binding plea agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The parties seek a combined plea and sentencing hearing. Further, the parties have agreed to waive their right to a full presentence investigation report in advance of sentencing. However, the parties agree to cooperate with the United States Probation Office in the preparation of a modified presentence investigation report.

3. The United States has conferred with the defendant's counsel, who does not oppose this motion.

Accordingly, the United States respectfully requests the Court to schedule a combined change-of-plea and sentencing hearing.

                                        Respectfully submitted,

                                        WILLIAM IHLENFELD
                                        UNITED STATES ATTORNEY

By:   /s/ Brandon S. Flower
        Brandon S. Flower, WVSB #9338
        Assistant United States Attorney
        320 W. Pike Street, Ste. 300
        Clarksburg, WV 26301
        (304) 623-7030
        (304) 234-0110 (fax)
        brandon.flower@usdoj.gov

## CERTIFICATE OF SERVICE

I, Brandon S. Flower, Assistant United States Attorney for the Northern District of West Virginia, certify that, on May 13, 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR COMBINED CHANGE-OF-PLEA AND SENTENCING HEARING** with the Clerk of the Court using the CM/ECF system, which will send a copy of the filing to counsel of record by electronic means.

        WILLIAM IHLENFELD
        UNITED STATES ATTORNEY

By:   /s/ Brandon S. Flower
       Brandon S. Flower, WVSB #9338
       Assistant United States Attorney