```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**　　　　　　　　　　　　　　　　**CRIMINAL NO. 1:22-CR-51-2**
　　　　　　　　　　　　　　　　　　　　　　　　　**(KLEEH)**

**PAUL J. DECOLOGERO,**

       **Defendant.**

### ORDER GRANTING MOTION AND SCHEDULING PLEA AND SENTENCING HEARING [ECF NO. 141]

Pending before the Court is the Government's *Unopposed Motion for Combined Change-of-Plea and Sentencing Hearing* [ECF No. 141]. For good cause, the Court **GRANTS** the motion. Accordingly, the matter is **SCHEDULED** for consideration of the proposed plea agreement and sentencing on **August 1, 2024, at 10:00 a.m.,** at the Clarksburg, West Virginia, point of holding court.

The Court **ORDERS** that prior to sentencing, counsel for Defendant review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by then-Chief Judge Groh, <u>In Re: Revised Standard Probation and Supervised Release Conditions</u>, 3:16-MC-56. The Office of Probation and the United States are **DIRECTED** to sit at separate tables throughout the sentencing hearing.

**ORDER GRANTING MOTION AND SCHEDULING PLEA**
**AND SENTENCING HEARING [ECF NO. 141]**

The Office of Probation shall submit the modified presentence investigation report to the Court on or before **July 18, 2024.**

Counsel may file any written sentencing memoranda or statements on or before **July 25, 2024.**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: May 21, 2024

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA